UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:10-CR-58-KKC

UNITED STATES OF AMERICA,                                                                                      PLAINTIFF

v                                        **OPINION AND ORDER**

NATHAN FLERLAGE,                                                                             DEFENDANT

\*\*\*\*     \*\*\*\*     \*\*\*\*     \*\*\*\*

This matter is before the Court on the Defendant's Motion (DE 67) to Proceed In Forma Pauperis on Appeal. It is unclear to the Court what judgment the Defendant is appealing. His Notice of Appeal (DE 66) refers to judgments entered on February 23, 2011 and February 13, 2012.

On February 23, 2011, this Court sentenced the Defendant to 84 months. Judgment was entered on February 25, 2011. The Defendant has already appealed this judgment. (DE 40, 59.) Further, the Defendant's most recent Notice of Appeal is late if it refers to the February 25, 2011 judgment. See Fed. R. App. P. 4 and 26(a). The Defendant also refers to a February 13, 2012 Judgment in his Notice of Appeal. However, this Court did not enter an order or judgment in this matter on that date.

Accordingly, the Court hereby ORDERS that the Defendant's Motion (DE 67) to Proceed In Forma Pauperis on Appeal is DENIED.

Dated this 20th day of April, 2012.



Signed By:
*Karen K. Caldwell* KKC
United States District Judge